IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CATHERINE HENRICKS,

                                         ORDER

                 Plaintiff,

                                        16-cv-101-bbc

    v.

UNITED STATES OF AMERICA,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held before United States District Judge Barbara Crabb.  Plaintiff Catherine Henricks appeared by George Goyke; defendant United States of America appeared by Heidi Luehring; and John Henricks appeared by Erika Bierma.

      The parties agreed that briefing could continue on plaintiff's motion to remand this case to state court and that John Henricks will not participate in the pending motions.  Once the court resolves the pending motions in this case, the court will turn to the related motions pending in <u>United States v. Henricks</u>,13-cr-83-bbc (W.D. Wis.).

      Entered this 2d day of August, 2016.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge