IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHERINE HENRICKS,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

  v.    Case No. 16-cv-101-bbc

UNITED SATATES OF AMERICA,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America granting their motion to dismiss and dismissing this case.

 s/V. Olmo, Deputy Clerk    9/1/2016
Peter Oppeneer, Clerk of Court    Date